UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,658.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 1:17-cv-00592-DAD-BAM<br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS VELAZQUEZ-JUAREZ,<br><br>Defendant. | No. 1:16-cr-00189-DAD-BAM |

On July 10, 2017, the government filed a notice of related cases pursuant to Local Rule 123 in above-listed actions. Having reviewed these actions, the court finds they involve the same or similar parties, claims, events and/or questions of fact or law, and would entail substantial duplication of labor if the actions were heard by different judges. Accordingly, these cases shall be deemed related.

/////

Because these actions are currently assigned to the undersigned and to Magistrate Judge Barbara A. McAuliffe, no further reassignment is necessary. All documents filed in these actions shall continue to bear the following case numbers:

**1:17-cv-00592-DAD-BAM**

**1:16-cr-00189-DAD-BAM**

IT IS SO ORDERED.

Dated: **July 11, 2017**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE