UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,658.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 1:17-cv-00592-DAD-BAM<br><br>ORDER APPROVING STIPULATION AND GRANTING STAY OF FURTHER PROCEEDINGS<br><br>(Doc. No. 15) |

On June 18, 2018, the parties filed a stipulation to stay further proceedings until January 18, 2019 due to the related criminal case currently pending against Jesus Velazquez-Juarez in *United States v. Jesus Velazquez-Juarez*, No. 1:16-cr-00189-DAD-BAM. (Doc. No. 15.) The parties have represented that a trial setting status conference is presently scheduled in that related criminal case for August 1, 2018.

The parties request a stay of this *in rem* forfeiture action pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The parties contend that, because the United States intends to depose Mr. Velazquez-Juarez, he will be placed in the position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to pursue any claim to the defendant currency, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself. (Doc. No. 15 at 2.) The United States further contends that deposing law

1

enforcement officers regarding this claim, as Mr. Velazquez-Juarez intends to do, would impact the ability of such officers to investigate the alleged underlying criminal conduct. (*Id.*)

Having shown good cause and for the reasons stated above:

1. This matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until January 18, 2019 in accordance with the terms of this stipulation; and
2. The parties are directed to advise the court whether further stay is necessary by January 11, 2019.

IT IS SO ORDERED.

Dated: **June 18, 2018**

UNITED STATES DISTRICT JUDGE