UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,658.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 1:17-cv-00592-DAD-BAM<br><br>ORDER GRANTING STIPULATION AND LIFTING STAY<br><br>(Doc. No. 19) |

On October 15, 2018, the parties filed a stipulation and joint motion to lift the stay in this matter due to resolution of the related criminal case against Jesus Velazquez-Juarez in *United States v. Jesus Velazquez-Juarez*, No. 1:16-cr-00189-DAD-BAM. (Doc. No. 19.) The parties further represent that they have settled this action and will file settlement documents with the court upon the Clerk's entry of default against potential claimants Adriana Velazquez, Selena Maduigal, and Beronimo Velazquez-Romero. (*Id.* at 1.) Pursuant to the parties' request and good cause appearing, the request to lift the stay in this matter is hereby granted.

IT IS SO ORDERED.

Dated: **October 16, 2018**

                                                UNITED STATES DISTRICT JUDGE