McGREGOR W. SCOTT
United States Attorney
ERIN M. SALES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $8,658.00 IN U.S. CURRENCY,<br><br>    Defendant. | NO. 1:17-CV-00592-DAD-BAM<br><br><u>FINAL JUDGMENT OF FORFEITURE</u> |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.    This is a civil forfeiture action against Approximately $8,658.00 in U.S. Currency (hereafter "Defendant Currency") seized on or about November 3, 2016.

    2.    A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 28, 2017, alleging that said Defendant Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

    3.    On May 31, 2017, the Clerk issued a Warrant for Arrest for the Defendant Currency, and that warrant was executed on June 6, 2017.

    4.    Beginning on April 29, 2017, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 30, 2017.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Adriana Velazquez,
    b. Selena Maduigal,
    c. Beronimo Velazquez-Romero,
    d. Jesus Velazquez, and
    e. Kevin G. Little, Attorney.

6. Potential Claimant Jesus Roberto Velazquez-Juarez filed a Verified Answer to Verified Complaint for Forfeiture in Rem on June 24, 2017. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. Potential Claimant Jesus Roberto Velazquez-Juarez ("Potential Claimant") represents and warrants that he is the sole owner of the Defendant Currency.

8. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Adriana Velazquez, Selena Maduigal, and Beronimo Velazquez-Romero on October 18, 2018. Pursuant to Local Rule 540, the United States requests that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Adriana Velazquez, Selena Maduigal, and Beronimo Velazquez-Romero without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against Potential Claimant Jesus Roberto Velazquez-Juarez, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, Approximately $8,658.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Potential Claimant waived the provisions of California Civil Code § 1542.

4. All parties are to bear their own costs and attorneys' fees.

5. The U.S. District Court for the Eastern District of California, Hon. Dale A. Drozd, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

6. Based upon the allegations set forth in the Complaint filed April 28, 2017, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **October 24, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE